**F10-01183**

**F10-01184**

The State of Texas

VS

Senrick Wilkerson

RECEIVED
Court of Appeals

APR 29 2014

Lisa Matz
Clerk, 5th Dist.

In the Criminal

District Court #3

Dallas County Texas

2014 APR 24 PM 3:37

FILED

GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO. TEXAS

DEPUTY

## Order Appointing Appellant Counsel

Per the April 10, 2014 Order of the Court of Appeals, Firth District of Texas at Dallas in No. 05-14-00007-CR and No. 05-14-00008-Cr., the trial court now appoints Michael Mowla to represent the Appellant in these cases.

This order removes Nanette Hendrickson as appellant's attorney of record.

The address for Michael Mowla is :

445 E. FM 1382 #3-718
Cedar Hill, Texas 75104
Phone: 972-795-2401
Fax: 972-692-6636
Michael@mowlalaw.com

Sincerely Submitted,

*Gracie Lewis*

Judge Presiding

**GARY FITZSIMMONS**
District Clerk
Frank Crowley Courts Bldg.
133 N. Industrial Blvd., LB 12
Dallas, Texas 75207-4313

FIRST CLASS



UNITED STATES POSTAGE
PITNEY BOWES
02 1R        $ 00.48⁰
000 2010651   APR 28  2014
MAILED FROM ZIPCODE 75202

5th Court of Appeals
2nd Floor, Suite 200
600 Commerce St.
Dallas, TX. 75202